UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| BARRY DWAYNE MINNFEE, | ) | CASE NO. C07-0200-JLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| | ) | |
| RUTH JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff has submitted to this Court for review a civil rights complaint under 42 U.S.C. § 1983 and a motion seeking permission to file this "three strikes" § 1983 action *in forma pauperis*. Plaintiff's claims are difficult to discern. However, they appear to arise out of prior rulings by the federal courts in New Orleans, Louisiana and Amarillo, Texas. Plaintiff identifies as defendants in this action Ruth Jones, Case Analyst for the United States Supreme Court, and William Sutter, Clerk of the United States Supreme Court. Plaintiff alleges that these two individuals conspired with other courts and/or court employees. Plaintiff does not identify the precise nature of the alleged conspiracy nor does he identify the federal constitutional rights allegedly violated by the conduct of these individuals.

REPORT AND RECOMMENDATION
PAGE -1

While plaintiff's claims are not entirely clear, it is clear that none of the events giving rise to those claims occurred in the Western District of Washington. It is also clear that none of the named defendants resides in the Western District of Washington.[1] Accordingly, venue is not proper in this District. *See* 28 U.S.C. § 1391(b). When a case is filed in the wrong district, the district court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. 1406(a). It would not be in the interests of justice to transfer this action because plaintiff has not adequately alleged in his complaint any viable cause of action under §1983, because it is not entirely clear which district would be the proper district to receive a transfer, and because transferring the action might allow plaintiff to circumvent filing requirements imposed upon him by other federal district courts.

For the foregoing reasons, this Court recommends that plaintiff's § 1983 complaint be dismissed without prejudice to his filing his action in an appropriate venue. A proposed Order accompanies this Report and Recommendation.

DATED this 20th day of February, 2007.

_____
Mary Alice Theiler
United States Magistrate Judge

---

[1] In fact, it appears the only reason plaintiff filed the instant action in this District is to circumvent filing restrictions imposed by other federal district courts.

REPORT AND RECOMMENDATION
PAGE -2