___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

MAR 1 3 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

03-CV-02837-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| BARRY DWAYNE MINNFEE, | ) | CASE NO. C07-0200-JLR |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| RUTH JONES, et al., | ) | |
| Defendants. | ) | |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The complaint and action are DISMISSED without prejudice; and

(3) The Clerk shall send copies of this Order to plaintiff and to Judge Theiler.

DATED this 13th day of March, 2007.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE -1